# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL RUFF | ) <br> ) Case No: 1:08-CR-008<br> ) USM No: 04610-061<br> ) |
| Date of Original Judgment: 10/08/2008<br>Date of Previous Amended Judgment: 11/14/2011<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   01/14/2011   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 07/17/2013

Judge's signature

Effective Date: 07/17/2013
*(if different from order date)*

Sandra S. Beckwith Senior Judge
Printed name and title